The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY LICENSING LLC,

            Plaintiff,

     v.

SILICOM CONNECTIVITY SOLUTIONS, INC.,

            Defendants.

NO. 2:22-cv-01346-JHC

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE

NOTE ON MOTION CALENDAR: November 3, 2022

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties hereby stipulate and move as follows:

Plaintiff Harmony Licensing LLC filed this action on September 23, 2022, and Defendant Silicom Connectivity Solutions, Inc. was served on October 19, 2022. Defendant's responsive pleading deadline is currently November 9, 2022. Defendant's counsel has only recently appeared in this case and requires additional time to investigate the claims and prepare Defendant's response to the complaint. Plaintiff and Defendant therefore agree to extend the deadline for Defendant's responsive pleading to December 9, 2022.

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1     DATED this 3rd day of November, 2022.

2

3                     SAND SEBOLT & WERNOW CO LPA

4                     By: *s/ Andrew S. Curfman*

5                         Andrew S Curfman, *admitted pro hac vice*
                        4940 Munson St NW

6                         Aegis Tower Ste 1100
                        Canton, Oh 44718
                        330-244-1174

7                         Email: Andrew.Curfman@sswip.com

8                     MANN LAW GROUP PLLC

9                     By: *s/ Philip P. Mann*
                        Philip P Mann

10                      403 Madison Ave N
                      Ste 240

11                      Bainbridge Island, WA 98110
                      206-436-0900

12                      Email: phil@mannlawgroup.com

13                     ***Attorneys for Plaintiff***

14

15                     MCKOOL SMITH, P.C.

16                     By: *s/Nicholas T. Matich*
                      Nicholas T. Matich*

17                      nmatich@mckoolsmith.com
                      Steven W. Peters*

18                      speters@mckoolsmith.com
                      1999 K Street NW, Suite 600

19                      Washington, DC 20006
                      T: 202.370.8300 / F: 202.370.8344

20

21                      **pro hac vice forthcoming*

                    TOUSLEY BRAIN STEPHENS PLLC

22

23                     By: *s/Kaleigh N. Boyd*
                      Kaleigh N. Boyd, WSBA #52684

24                      kboyd@tousley.com
                      1200 Fifth Avenue, Suite 1700

25                      Seattle, Washington 98101
                      Telephone:  206.682.5600 / Fax: 206.682.2992

26

                    ***Attorneys for Defendant***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.


DATED this 3rd day of November, 2022.


_____
JOHN H. CHUN
United States District Judge

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992